UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 16-24381-GRAHAM/SIMONTON

JORDAN'S QUIJANO ESCATE,

    Plaintiff,

vs.

DU KANG, LLC d/b/a
CHIFA DU KANG, et al.

    Defendants.
_____/



## ORDER DISMISSING CASE

**THIS CAUSE** came before the Court upon the Plaintiff's Notice of Rule 41 Voluntary Dismissal with Prejudice [D.E. 6]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**, with each party to bear their own fees and costs. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of November, 2016.

                                            s/Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE